United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rolta, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2320497** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **5865 Northpoint Parkway**  **Alpharetta, GA 30022**  Number, Street, City, State & ZIP Code  **Fulton**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | **Rolta, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | Rolta, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rolta, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 29, 2020**
                         MM / DD / YYYY

**X /s/ Preetha Pulusani**                                       **Preetha Pulusani**
Signature of authorized representative of debtor          Printed name

Title   **President International Operations**

**18. Signature of attorney**

**X /s/ Stuart M. Maples**                                         Date **October 29, 2020**
Signature of attorney for debtor                                          MM / DD / YYYY

**Stuart M. Maples**
Printed name

**Maples Law Firm, PC**
Firm name

**200 Clinton Ave. West, Ste 1000**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone  **(256) 489-9779**       Email address

_____
Bar number and State

Loretta Lynch US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Alvarez & Marsal North America, LLC
540 West Madison St Suite 1800
Chicago, IL 60661

Global PTM, Inc.
#302-2435 East North Street
PO Box 302
Greenville, SC 29615

Luther Strange
Alabama Attorney General
PO Box 300152
Montgomery, AL 36130

American Express
PO Box 1270
Newark, NJ 07101

Health Care Service Corporation
25550 Network Place
Chicago, IL 60673

Joyce White Vance
US Attorney General
1801 4th Ave North
Birmingham, AL 35203

Bank of America
PO Box 15284
Wilmington, PA 19850

Holland & Knight LLP
PO Box 864084
Orlando, FL 32886

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Citicorp International Limited
39/F Citibank Tower
Garden Road, Central Hong Kong

Huron Consulting Services LLC
550 W. Van Buren Street
Chicago, IL 60607

State of Alabama
Department of Revenue Legal Division
PO Box 320001
Montgomery, AL 36132

Data Glove Inc DBA Trimax Americas
125 Village Blvd Suite 270
Princeton, NJ 08540

IBM Corporation
P.O. Box 534151
Atlanta, GA 30353-4151

Pala Assets Holdings Ltd.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Deutsche Bank Trust Company Americas
c/o Deutsche Bank National Trust Company
100 Plaza One Mailstop JCY03-0699
Jersey City, NJ 07311

Isoture Pty Ltd
Level 26, 1 Bligh Street
Sydney NSW 2000 Australia AU

State of Ohio Treasurer
150 East Gay Street 21st Floor
Columbus, OH 43215

Docufree Corporation
1175 Northmeadow Parkway, Suite 140
Roswell, GA 30076

Lanier Ford Shaver & Payne P.C.
2101 West Clinton Ave Suite 102
Huntsville, AL 35805

Active Soft Inc
1301 Reynolds Ridge Cir Suite 2B
Greensboro, NC 27409-9824

EPIKENTRON, LLC
40811 Mission Blvd
Fremont, CA 94539

M&D Enterprise Ventures
1737 Chateau Dr
Atlanta, GA 30338

AdvizeX Technologies
6480 Rockside Woods Blvd Suite 190
Independence, OH 44131

ESRI
380 New York Street
Redlands, CA 92373-8100

Merrill Communications LLC
PO Box 74007252
Chicago, IL 60674

| | |
|---|---|
| Paychex<br>970 Lake Carillon Drive Suite 400<br>Saint Petersburg, FL 33716 | ROLTA UK LTD<br>100 Longwater Avenue Green Park Reading<br>RG2 6GP United Kingdom GB |
| Project Partners, LLC<br>520 Purissima Street<br>Half Moon Bay, CA 94019 | SAP Technology Solutions, Inc.<br>507 W Torrey Pines Way<br>Vernon Hills, IL 60061 |
| RAX Integration AP<br>6480 Rockside Woods Blvd Suite 190<br>Independence, OH 44131 | Selectek, Inc<br>2015 Vaughn Rd Suite 130<br>Kennesaw, GA 30144 |
| Reliable Software Resources, Inc.<br>22260 Haggerty Rd Suite 285<br>Northville, MI 48167 | Siri & Glimstad LLP<br>200 Park Avenue Seventeen Floor<br>New York, NY 10166 |
| RingCentral Inc<br>Dept. CH 19585<br>Palatine, IL 60055-9585 | Standard Office Systems<br>2475 Meadowbrook Pkwy<br>Duluth, GA 30096 |
| Rolta Americas, LLC<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 | Syndicated Bank - UK<br>King William House 2A<br>Eastcheap London EC3M 1LH<br>United Kingdom GB |
| Rolta Canada Ltd.<br>590 Alden Road, Suite 209<br>Markham, Ontario L4B3M3 CA | THE TRAVEL UNIVERSE<br>3520 Brickenridge Blvd Suite 112<br>Duluth, GA 30096 |
| Rolta India Limited<br>Rolta Tower A, Rolta Technology Park MI<br>MIDC, Andheri (East)   India | |
| Rolta Saudi Arabia Ltd<br>PO Box No. 68371<br>Riyadh 11527 SA | |

**United States Bankruptcy Court**
**Northern District of Alabama**

In re  **Rolta, LLC**                                                           Case No.
                                  Debtor(s)                                     Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rolta, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 29, 2020** | **/s/ Stuart M. Maples** |
| Date | **Stuart M. Maples** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Rolta, LLC** |
| | **Maples Law Firm, PC** |
| | **200 Clinton Ave. West, Ste 1000** |
| | **Huntsville, AL 35801** |
| | **(256) 489-9779 Fax:(256) 489-9720** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy