Fill in this information to identify the case:

Debtor name: **Rolta, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AdvizeX Technologies** 6480 Rockside Woods Blvd Suite 190 Independence, OH 44131 | | **Trade debt** | | | | $6,232,474.68 |
| **Citicorp International Limited** 39/F Citibank Tower Garden Road, Central Hong Kong | | **Indenture** | | | | $300,000,000.00 |
| **Data Glove Inc DBA Trimax Americas** 125 Village Blvd Suite 270 Princeton, NJ 08540 | | **Trade debt** | | | | $43,010.00 |
| **Deutsche Bank Trust Company Americas** c/o Deutsche Bank National Trust Company 100 Plaza One Mailstop JCY03-0699 Jersey City, NJ 07311 | | | | | | $200,000,000.00 |
| **ESRI** 380 New York Street Redlands, CA 92373-8100 | | **Trade debt** | | | | $40,416.44 |
| **Global PTM, Inc.** #302-2435 East North Street PO Box 302 Greenville, SC 29615 | | **Trade debt** | | | | $33,655.00 |

| Debtor | Rolta, LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huron Consulting Services LLC**<br>550 W. Van Buren Street<br>Chicago, IL 60607 | | **Trade debt** | | | | $148,395.49 |
| **Lanier Ford Shaver & Payne P.C.**<br>2101 West Clinton Ave Suite 102<br>Huntsville, AL 35805 | | | | | | $444,479.69 |
| **Merrill Communications LLC**<br>PO Box 74007252<br>Chicago, IL 60674 | | **Trade debt** | | | | $30,992.34 |
| **Pala Assets Holdings Ltd.**<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | | | | $187,098,105.00 | $0.00 | $187,098,105.00 |
| **Project Partners, LLC**<br>520 Purissima Street<br>Half Moon Bay, CA 94019 | | **Trade debt** | | | | $35,541.35 |
| **RAX Integration AP**<br>6480 Rockside Woods Blvd Suite 190<br>Independence, OH 44131 | | **Trade debt** | | | | $2,525,966.49 |
| **Reliable Software Resources, Inc.**<br>22260 Haggerty Rd Suite 285<br>Northville, MI 48167 | | **Trade debt** | | | | $64,467.43 |
| **Rolta Americas, LLC**<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 | | | | | | $75,568,737.60 |
| **Rolta India Limited**<br>Rolta Tower A, Rolta Technology Park MI MIDC, Andheri (East)   India | | | | | | $303,317.02 |
| **Rolta Saudi Arabia Ltd**<br>PO Box No. 68371<br>Riyadh 11527 SA | | | | | | $48,461.54 |

| Debtor | Rolta, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ROLTA UK LTD**<br>**100 Longwater Avenue Green Park Reading**<br>**RG2 6GP United Kingdom GB** | | | | | | **$95,134.55** |
| **Siri & Glimstad LLP**<br>**200 Park Avenue Seventeen Floor**<br>**New York, NY 10166** | | | | | | **$117,192.79** |
| **State of Ohio Treasurer**<br>**150 East Gay Street 21st Floor**<br>**Columbus, OH 43215** | | | | | | **$29,077.52** |
| **Syndicated Bank - UK**<br>**King William House 2A**<br>**Eastcheap London EC3M 1LH**<br>**United Kingdom GB** | | | | | | **$4,060,973.59** |